```
MCGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-00202-MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| JOHN M. BODENHEIMER, ) | Date: October 25, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Hon. Morrison C. England, Jr. |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, JOHN M. BODENMEIMER, by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the evidentiary hearing in the above-captioned matter set for Thursday, October 25, 2007, be continued to Thursday, November 15, 2007, at 9:00 a.m.  The defendant is not in custody.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: October 17, 2007   By:   /s/ Sean C. Flynn
                                      SEAN C. FLYNN
                                      Assistant U.S. Attorney

```
                                      DANIEL J. BRODERICK
                                      Federal Defender

DATE: October 17, 2007    By:   /s/Sean Flynn for Lexi Negin
                                LEXI NEGIN
                                Assistant Federal Defender
```

O R D E R

IT IS SO ORDERED.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE